**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 05-6757**

JERRY LEWIS ADAMS,

                                    Plaintiff - Appellant,

        versus

G. M. JOHNSON, Health Service Director; H.
PONTON, Warden; SAYED KAZI, Dr., Prison
Physician; J. FIELDS, Director of Treatment
Programs; G. HARRIS, Registered Nurse,

                                    Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Henry Coke Morgan, Jr., Senior
District Judge.  (CA-04-641-2)

Submitted:  October 20, 2005          Decided:  October 27, 2005

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Dismissed by unpublished per curiam opinion.

Jerry Lewis Adams, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jerry Lewis Adams seeks to appeal the district court's order ordering him to submit the required number of copies of his complaint and denying his motion to amend. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order Adams seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We deny Adams' motion for joinder of separate claims and his motion to file a supplemental informal brief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED